UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ERIK MERCADO-ARCHIGA,<br><br>　　　　Defendant | Criminal Case Number: 09cr0248-L<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CASE** |

　　　GOOD CAUSE HAVING BEEN SHOWN, this Court grants the above-entitled motion.

　　　Thus, THIS COURT ORDERS that all pending dates in this case be and hereby are vacated and that a Status Hearing be held on November 9, 2009 at 2:00 p.m.

　　　SO ORDERED.

Dated:　　September 30, 2009

　　　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

09cr0248-L